UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>             Plaintiff,<br><br>   v.<br><br>JAMES TILTON, et al.,<br><br>             Defendants.<br>_____/ | CASE No.   1:11-cv-537-MJS (PC)<br><br>ORDER DISMISSING CASE ON PLAINTIFF'S MOTION<br><br>(ECF No. 15) |

Plaintiff Daniel Manriquez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to Magistrate Judge jurisdiction and no other party has appeared.  (ECF No. 14.)  On April 25, 2011, Plaintiff filed a Motion for Voluntary Dismissal stating that his other pending cases and proceedings make it impossible to pursue his claims in this case.  (ECF No. 15.)  Because no Defendant has filed an answer or motion for summary judgment, Plaintiff's notice of dismissal automatically ends this action.  Fed. R. Civ. Proc. 41(a).

Based on Plaintiff's request for dismissal, the above-captioned action is DISMISSED WITHOUT PREJUDICE.  The Clerk shall close the case.

IT IS SO ORDERED.

Dated:   April 28, 2011           /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE